IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KENNETH LENTZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART SUPERCENTER, WALMART.COM USA, LLC, a California Limited Liability Company, WALMART, INC., f/k/a WAL-MART STORES, INC., a Delaware Corporation, WAL-MART ASSOCIATES, INC., a Delaware Corporation, and JOHN DOE I through III,<br><br>　　　　　Defendants. | CV 22-39-BLG-KLD<br><br>ORDER |

The parties have jointly filed a Stipulation for Dismissal with Prejudice. (Doc. 31). Accordingly, and good cause appearing,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

DATED this 23rd day of October, 2023.

*/s/ Kathleen L. DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge